IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-cr-00506-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  Robert Lewis Dear, Jr.,

     Defendant.

---

## MOTION TO WITHDRAW

---

The United States of America, by J. Bishop Grewell, Acting United States Attorney for the District of Colorado, through Bryan Fields, Assistant United States Attorney, hereby files its Motion to Withdraw Bryan Fields, Assistant United States Attorney as counsel of record and requests termination of electronic service in the above-captioned case.  As grounds for this motion, the government states that Laura Cramer-Babycz, Assistant United States Attorney is counsel of record in this case and has assumed responsibilities as the lead prosecutor for our office.  She has filed an entry of appearance, and she is receiving electronic notice.

DATED at Denver, Colorado this 7th day of March, 2025.

J. BISHOP GREWELL
Acting United States Attorney

By:     *s/ Bryan Fields*
Bryan Fields
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Email: Bryan.Fields3@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 7th day of March, 2025, I electronically filed the

foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the

CM/ECF system which will send notification of such filing to all counsel of record.


*s/Lisa Tibbetts*
Legal Assistant
United States Attorney's Office