**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge Robert E. Blackburn**

Date: September 9, 2025
Deputy Clerk: Julie Dynes
Court Reporter: Janet Coppock
Probation Officer: N/A

| | |
|---|---|
| **Criminal Case No.  1:19-cr-00506-REB-1** | Counsel: |
| UNITED STATES OF AMERICA, | Laura Cramer-Babycz<br>Kyle Boynton |
| Plaintiff, | |
| v. | |
| ROBERT LEWIS DEAR, | Jennifer Beck<br>Jacob Rasch-Chabot |
| Defendant. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**1:33 p.m.     Court in session.**

Appearances of counsel. Also present at Government's table is FBI Special Agent Ken Harris.

Defendant's presence is waived.

Discussion held on Restricted Document No. 202.

The Court states findings and conclusions.

**IT IS ORDERED:**

1.  Joint proposed order under 18 U.S.C. § 4241(c) shall be filed by September 12, 2025.

2.  Restoration to Competency Hearing is set for September 24, 2025, at 1:30 p.m. MST. Defendant may appear remotely via video teleconference. Other interested parties may appear in person or by audio feed to be provided by the Court.

**1:52 p.m.**      **Court in recess.**      Hearing concluded.

Total time in court:   00:19