IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Action No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

    Defendant.

## ORDER

**Blackburn, J.**

The matter before me is the **Motion To Permit Victims To Address the Court on September 24, 2025, Pursuant to the Crime Victims' Rights Act** [#208],[1] filed under restriction by the government September 15, 2025. On September 22, 2025, the defendant filed a response [#212]. After careful and respectful consideration, the motion is denied.

The court understands and is deeply sympathetic to the impulse underlying the government's request. Nevertheless, as the government acknowledges, a proceeding to determine a defendant's competency to stand trial under 18 U.S.C. § 4241(d) is not one of the specifically enumerated public proceedings in which victims have a right to be heard. *See* 18 U.S.C. § 3771(a)(4). Moreover, whatever discretion the court may

---

[1] "[#208]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

have to permit such testimony, I cannot conclude that victim impact testimony will assist the court in resolving the issues raised by and inherent to the motion for a finding of incompetency.  Thus, the motion is respectfully denied.

**THEREFORE, IT IS ORDERED** that the **Motion To Permit Victims To Address the Court on September 24, 2025, Pursuant to the Crime Victims' Rights Act** [#208], filed September 15, 2025, is denied.

Dated September 23, 2025, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge